# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH DEMMLER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACH FOOD COMPANIES, INC.,<br><br>Defendant. | Civil Action No. 15-cv-13556-LTS |

**DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

  ACH Food Companies, Inc. ("ACH") respectfully submits this motion to dismiss the claims in this action or, in the alternative, for summary judgment.

  As described in more detail in the accompanying memorandum, plaintiff's claims are moot, plaintiff lacks standing to bring his purported claims, and the complaint fails to state any valid causes of action on behalf of plaintiff or the putative class.

  ACH thus respectfully requests that the Court dismiss the complaint in its entirety with prejudice.

Dated: November 10, 2015

Respectfully submitted,

/s/ Joshua L. Solomon
Joshua L. Solomon (BBO#657761)
POLLACK SOLOMON DUFFY LLP
133 Federal Street, Suite 902
Boston, Massachusetts  02110
Phone:  (617) 439-9800
Fax:  (617) 960-0490
jsolomon@psdfirm.com

David L. Wallace, *pro hac vice*
HERBERT SMITH FREEHILLS
  NEW YORK LLP
450 Lexington Avenue, 14th Floor
New York, New York  10017
Phone:  (917) 542-7600
Fax:  (917) 542-7601
david.wallace@hsf.com

*Attorneys for Defendant*
ACH Food Companies, Inc.

**Certificate of Service and L.R. 7.1 Certification**

   The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on November 10, 2015, and sent by U.S. mail to those counsel who are not registered.  The undersigned also certifies that counsel for the parties conferred in advance of this motion but were unable to reach a good faith resolution of the issues raised.

                /s/ Joshua L. Solomon
                 Joshua L. Solomon